|                                      |   |
|--------------------------------------|---|
| UNITED STATES DISTRICT COURT         | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| SCOTT HESS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:16-CV-285 |
| | § | |
| CAPTAIN BOSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Scott Hess, a prisoner previously confined at the Hightower Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Captain Boston and Ms. Daigle.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Plaintiff contends that he was denied due process during five

disciplinary proceedings. Plaintiff's claims concerning the prison disciplinary convictions are not cognizable in this civil rights action. *See Sandin v. Conner*, 515 U.S. 472, 483-84 (1995); *Heck v. Humphrey*, 512 U.S. 477, 486-89 (1994).

## ORDER

Accordingly, plaintiff's objections (#10) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#9) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 31st day of August, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE